PER CURIAM.
Affirmed. Ed Ricke & Sons, Inc. v. Green, 609 So.2d 504 (Fla.1992); Georgia-Pacific Corp. v. Reid, 501 So.2d 653 (Fla. 5th DCA 1986), review denied, 509 So.2d 1118 (Fla. 1987); Perez v. National Presto Indus., Inc., 431 So.2d 667 (Fla. 3d DCA), review denied, 440 So.2d 352 (Fla.1983); Cohen v. General Motors Corp., 427 So.2d 389 (Fla. 4th DCA 1983); Clark v. Boeing Co., 395 So.2d 1226 (Fla. 3d DCA 1981).